# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-13305-MDC

DAMIAN SOTO-RIVERA

6122 SHISLER ST

PHILADELPHIA, PA 19149-3242

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DAMIAN SOTO-RIVERA

    6122 SHISLER ST

    PHILADELPHIA, PA 19149-3242

Counsel for debtor(s), by electronic notice only.

    Michael I. Assad
    Cibik Law, P.C.
    1500 Walnut St, Ste 900
    Philadelphia, PA 19102-

Date: 10/31/2023

                      /S/ Kenneth E. West
                      _____
                      Kenneth E. West, Esquire
                      Chapter 13 Standing Trustee