United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 22-13305-mdc
Damian Soto-Rivera  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4
Date Rcvd: Dec 07, 2023      Form ID: pdf900      Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Damian Soto-Rivera, 6122 Shisler St, Philadelphia, PA 19149-3242 |
| cr | | The Bank of New York Mellon f/k/a The Bank of New, 1661 Worthingham Rd., Ste. 100, West Palm Beach, FL 33409 |
| 14775912 | + | Matrix Financial Services Corporation, RoundPoint Mortgage, Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 14741444 | | PHH Mortgage, 3900 Capital Blvd, Lansing, MI 48906 |
| 14743000 | | PHH Mortgage Corporation, 1661 Worthingham Rd., Ste. 100, West Palm Beach, Florida 33409 |
| 14741441 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14741443 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14741445 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14741448 | + | Td Retail Card Services, MS BT, POB 9475, Minneapolis, MN 55440-9475 |
| 14741449 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 08 2023 00:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 08 2023 00:35:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbott's Bridge Rd, suite 170, Duluth, GA 30097-8461 |
| 14742602 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 08 2023 00:52:24 | AIS Portfolio Services, LLC, Attn: Capital One Auto Finance,, Capital One, N.A. Department, Account: XXXXXXXXX8011, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14741436 | | Email/Text: megan.harper@phila.gov | Dec 08 2023 00:36:00 | City of Philadelphia Law Department, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14765458 | | Email/Text: megan.harper@phila.gov | Dec 08 2023 00:36:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14741430 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 08 2023 01:26:49 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14741431 | | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 08 2023 01:04:59 | Capital One Auto Finance, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14742429 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 08 2023 00:52:54 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14755493 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 08 2023 01:26:41 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

Case 22-13305-mdc  Doc 44  Filed 12/09/23  Entered 12/10/23 00:27:59  Desc Imaged
Certificate of Notice  Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 07, 2023 | Form ID: pdf900 | Total Noticed: 48 |

| Recipient | Notice Method | Date/Time | Address |
|---|---|---|---|
| 14749127 | + Email/PDF: ebn_ais@aisinfo.com | Dec 08 2023 00:53:58 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14741433 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 08 2023 01:16:25 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14754112 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 08 2023 01:05:48 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14741434 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 08 2023 00:52:54 | Citibank/The Home Depot, Po Box 790034, Saint Louis, MO 63179-0034 |
| 14741435 | Email/Text: bankruptcy@philapark.org | Dec 08 2023 00:36:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14741438 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 08 2023 00:52:54 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14741437 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 08 2023 00:35:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14741432 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 08 2023 01:16:23 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14746247 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 08 2023 00:35:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14751509 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2023 00:52:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14741439 | + Email/Text: bankruptcy@marinerfinance.com | Dec 08 2023 00:35:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14753995 | + Email/Text: bankruptcy@marinerfinance.com | Dec 08 2023 00:35:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14757253 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 08 2023 00:35:00 | Matrix Financial Services Corporation, c/o Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 14741440 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 08 2023 00:35:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14744083 | + Email/Text: RASEBN@raslg.com | Dec 08 2023 00:35:00 | Nationstar Mortgage LLC, c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14756958 | Email/Text: BKEBN-Notifications@ocwen.com | Dec 08 2023 00:35:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 14741429 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 08 2023 00:35:00 | BBVA, Attn: Bankruptcy, 5 20th St S, Birmingham, AL 35233-2017 |
| 14753792 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 08 2023 00:35:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 14756114 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2023 01:04:17 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14741442 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 08 2023 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14741446 | + Email/Text: bankruptcy@philapark.org | Dec 08 2023 00:36:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14744016 | + Email/Text: RASEBN@raslg.com | Dec 08 2023 00:35:00 | RAS Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14741447 | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 08 2023 00:53:50 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |

Case 22-13305-mdc   Doc 44   Filed 12/09/23   Entered 12/10/23 00:27:59   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 07, 2023 | Form ID: pdf900 | Total Noticed: 48 |

| Recip ID | Bypass | Notice Type / Email | Date/Time | Recipient |
|---|---|---|---|---|
| 14741688 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 08 2023 01:26:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14742612 | + | Email/Text: tdebn@credbankserv.com | Dec 08 2023 00:35:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14742999 | + | Email/Text: EBN@brockandscott.com | Dec 08 2023 00:35:00 | The Bank of New York Mellon f/k/a The Bank of New, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14741450 | ^ | MEBN | Dec 08 2023 00:22:21 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14741451 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 08 2023 00:52:24 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Fl, Des Moines, IA 50328-0001 |
| 14752354 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 08 2023 01:26:49 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14743002 | | *CID1035381* *DID200399*, BarNumber:84439 |
| 14743001 | | 22-21003 BKPOC01 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14746555 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 09, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Ba andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Nationstar Mortgage LLC bkecf@friedmanvartolo.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Matrix Financial Services Corporation bkecf@friedmanvartolo.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 07, 2023 | Form ID: pdf900 | Total Noticed: 48 |

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK
    on behalf of Debtor Damian Soto-Rivera mail@cibiklaw.com
    cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg

MICHELLE L. MCGOWAN
    on behalf of Creditor Matrix Financial Services Corporation mimcgowan@raslg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| DAMIAN SOTO-RIVERA, | | |
| Debtor(s) | : | Bky. No. 22-13305-mdc |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: 12/7/2023

**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**