**Exhibit B**
**Summary and Itemization of Fees**

| Case Number | Debtor Name | Period |
|---|---|---|
| 22-13305 | Damian Soto-Rivera | Pre-Confirmation |

| Summary of Fees | | | |
|---|---|---|---|
| Date | Staff | Description | Hours |
|  | Attorney | Initial Consultation | 1.00 |
|  | Attorney | Drafting schedules, statements, and related documents | 3.00 |
|  | Attorney | Drafting chapter 13 plan | 0.50 |
|  | Paralegal | Preparation for meeting of creditors | 1.00 |
|  | Attorney | Representing client at meeting of creditors | 0.50 |
|  | Attorney | Drafting amended chapter 13 plan | 0.30 |
|  | Attorney | Counseling client on information needed to show second property is no longer owned by him | 1.50 |

|  |  |
|---|---|
| Total Attorney Hours | 6.80 |
| Attorney Hourly Rate | $350.00 |
| **Attorney Total** | **$2,380.00** |
| Total Paralegal Time | 1.00 |
| Paralegal Hourly Rate | $125.00 |
| **Paralegal Total** | **$125.00** |
| Subtotal | $2,505.00 |
| Adjustment | ($133.00) |
| **Grand Total** | **$2,372.00** |
| Pre-Petition Payment | $1,000.00 |
| Balance Due | $1,372.00 |
| Unaccounted Time | 0.00 |