UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Damian Soto-Rivera,	:	Chapter 13

               Debtor.	:	Bky. No. 22-13305 PMM

## O R D E R

AND NOW, upon consideration of the Application for Compensation filed by Michael Cibik, counsel for the Debtor (doc. no. 46, the "Application");

AND this bankruptcy case having been dismissed by Order dated December 7, 2023 (doc. no. 41, the "Dismissal Order");

AND the Dismissal Order providing, *inter alia*, that "applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of" the Order;

AND the Application having been filed 109 days after the entry of the Order and, therefore, is untimely;

It is therefore hereby **ORDERED** that the Application is **DENIED**.

Date: 4/15/24

                                                   **PATRICIA M. MAYER**
                                                   **U.S. BANKRUPTCY JUDGE**